## 2017 WI App 30

(Also reported in 897 N.W.2d 67.)

| | | | |
|---|---|---|---|
| State v. Coleman† | 2013AP002100 CR | 03–21–2017 | Affirmed |
| State v. Gutierrez†† | 2014AP001983 CR | 03–07–2017 | Affirmed |
| Midland Funding LLC v. Witten† | 2015AP000383 | 03–09–2017 | Affirmed |
| State v. Nichols†† | 2015AP000947CR through 2015AP000949 CR | 03–02–2017 | Affirmed |
| Rydland v. Marina Cliffs Ass'n | 2015AP001315, 2015AP001565 | 03–21–2017 | Affirmed |
| A. T. v. L. T.-H. | 2015AP001446 | 03–07–2017 | Affirmed |
| State v. Swanson† | 2015AP001521 CR | 03–07–2017 | Affirmed |
| State v. Scheidell† | 2015AP001598 CR | 03–29–2017 | Affirmed |

† Petition to review filed.

†† Petition to review denied.